# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Lindsay Fleck                               :
                                            :
                                            :
### V.                                      :        Civil Action
                                            :        No: 10-5562
Wilmac Corporation, Wilmac Medical Insurance Plan,  :
Attleboro Associates, Ltd., Attleboro Nursing &     :
Rehabilitation Center and Susan Mitchell.   :

## DISCLOSURE STATEMENT FORM

Please check one box:

☒
Wilmac Corporation, Wilmac Medical Insurance Plan,
The nongovernmental corporate party, Attleboro Associates, Ltd., Attleboro Nursing & Rehabilitation Center
, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐
The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

\ / 4 / ll                                  *Angela A. Crank*

_____Date_____                           _____Signature_____

Counsel for:  Defendants

## Federal Rule of Civil Procedure 7.1 Disclosure Statement

(a)  WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:

    (1)  identifies any parent corporation and any publicly held corporation owning10% or more of its stock;  or

    (2)  states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:

    (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

    (2)  promptly file a supplemental statement if any required information changes.