IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDSAY FLECK, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILMAC CORPORATION, | : | NO.  10-05562 |
| WILMAC MEDICAL INSURANCE | : | |
| PLAN, ATTLEBORO ASSOCIATES, | : | |
| LTD., ATTLEBORO NURSING & | : | |
| REHABILITATION CENTER, and | : | |
| SUSAN MITCHELL, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *27th* day of *March*, 2012, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 22), Plaintiff's Response in Opposition (Docket No. 23), and Defendants' Reply to Plaintiff's Response in Opposition (Docket No. 24), it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (Docket No. 22) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motion for Summary Judgment related to Plaintiff's claims under the ADA is **GRANTED** to the extent the claim is based upon Defendants' alleged issuance of a written disciplinary notice to Plaintiff;

2. Defendants' Motion for Summary Judgment related to Plaintiff's claims under the FMLA is **GRANTED** to the extent the claim is based upon Defendants' alleged issuance of a written disciplinary notice to Plaintiff;

3. Defendants' Motion for Summary Judgment is **DENIED** in all other respects.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.